UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FILED
16 OCT 27 PM 1:20
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

HARRELL & CO. ARCHITECTS –
FLORIDA, INC.,

   Plaintiff,

v.

TRAINA ENTERPRISES, INC. D/B/A
T.E.I. INDUSTRIES, DOUGLAS TRAINA,
MIMI GROOM, LHS OF SOUTHWEST
FLORIDA, LLC D/B/A LUXURY HOME
SOLUTIONS, NORMAN BLOXHAM,
HANDLEY'S RESIDENTIAL DESIGN, INC.
AND STEPHEN C. HANDLEY,

   Defendants.
_____/

CASE NO.

2:16cv-797-FtM-29MRM

## COMPLAINT

  Plaintiff, HARRELL & CO. ARCHITECTS - FLORIDA, INC., sues Defendants, TRAINA ENTERPRISES, INC. D/B/A T.E.I. INDUSTRIES, DOUGLAS TRAINA, MIMI GROOM, LHS OF SOUTHWEST FLORIDA, LLC D/B/A LUXURY HOME SOLUTIONS, NORMAN BLOXHAM, HANDLEY'S RESIDENTIAL DESIGN, INC. AND STEPHEN C. HANDLEY, and alleges:

### JURISDICTION AND VENUE

  1. This action arises under the Federal Copyright Act of 1976, Title 17, United States Code. Jurisdiction is founded on Title 28, United States Code, Sections 1331, 1338(a). Venue is conferred by Title 28, United States Code, Section 1400(a).

## THE PARTIES

2. Plaintiff, HARRELL & CO. ARCHITECTS - FLORIDA, INC. ("HARRELL"), is a corporation, organized and existing pursuant to the laws of the State of Florida, with its principal place of business at 2241 East Tamiami Trail, Suite 4, Naples, Florida 34112. HARRELL is a residential home design firm.

3. Defendant, TRAINA ENTERPRISES, INC. D/B/A T.E.I. INDUSTRIES ("T.E.I."), is a corporation, organized and existing pursuant to the Laws of the State of Georgia, with its principal place of business at 1989 Cobb Parkway North, Kennesaw, Georgia 30152. T.E.I. is involved in the purchase and sale of real estate throughout the State of Florida.

4. Defendant, DOUGLAS TRAINA ("TRAINA"), is a citizen of the United States whose address is 8787 Bay Colony Drive, Unit 906, Naples, Florida 34108. At all times pertinent to this Complaint, Traina had an ownership interest in T.E.I. Traina was also the founder, President and/or CEO of T.E.I. during the time of the infringing activity.

5. Defendant, MIMI GROOM ("GROOM"), is a citizen of the United States whose address is 8787 Bay Colony Drive, Unit 906, Naples, Florida 34108. Groom has an ownership interest in the infringing property.

6. Defendant, LHS OF SOUTHWEST FLORIDA, LLC D/B/A LUXURY HOME SOLUTIONS ("LHS"), is a corporation, organized and existing pursuant to the laws of the State of Florida, with its principal place of business at 12244 Treeline Ave., Suite 7, Ft. Myers, Florida 33913. LHS is a custom luxury home builder in Southwest Florida.

7. Defendant, NORMAN BLOXHAM ("BLOXHAM"), is a citizen of the United States whose address is 12244 Treeline Ave., Suite 7, Ft. Myers, Florida 33913. Bloxham was a Managing Member of LHS during the time of the infringing activity.

8. Defendant, HANDLEY'S RESIDENTIAL DESIGN, INC. ("HRD"), is a corporation, organized and existing pursuant to the laws of the State of Florida, with its principal place of business at 1901 Balsey Road, Alva, Florida 33920. HRD is a residential design firm in Southwest Florida.

9. Defendant, STEPHEN C. HANDLEY ("HANDLEY"), is a citizen of the United States whose address is 1901 Balsey Road, Alva, Florida 33920. At all times pertinent to this Complaint, Handley had an ownership interest in HRD. He was the President of HRD during the time of the infringing activity.

8. Throughout this Complaint, Plaintiff will refer to Defendants TRAINA, GROOM, BLOXHAM and HANDLEY as the "Individual Defendants."

## COUNT I
### COPYRIGHT INFRINGEMENT OF THE "777 GULF SHORE"

9. HARRELL realleges paragraphs 1 through 8 above.

10. HARRELL is the creator and original owner of a design and an original and modified architectural work entitled and advertised as the "777 Gulf Shore." Reduced copies of the floor plans and front elevations of the 777 Gulf Shore are attached hereto as *Exhibit 1* and incorporated by reference into this Complaint. Full size construction drawings are available but have not been attached due to their size and bulk.

11. The 777 Gulf Shore was originally created by HARRELL in or around 2013.

12. Plaintiff complied in all respects with the Federal Copyright Act and all other laws governing copyright, and secured the exclusive rights and privileges in and to the copyright for the design and architectural work designated as the "777 Gulf Shore," and received from the Register of Copyrights Certificates of Registration dated and identified as follows: "VAu 1-242-275" (technical drawings) and "VAu 1-242-276" (architectural work). Copies of said Certificates of

3

Registration are attached hereto as *Exhibits 2* and *3*, respectively.

13. HARRELL is the owner of the entire right, title and interest in and to the 777 Gulf Shore, and in and to the copyrights thereon and the registrations for the design and architectural work thereof.

14. After the 777 Gulf Shore was created, the above-named Defendants infringed said copyrights by advertising, designing, marketing, constructing and participating in the construction or sale of one or more residences which were copied largely from or were exact duplicates of the 777 Gulf Shore or modifications thereof. These include, but may not be limited to, plans for home located at 777 Gulf Shore Boulevard North, Naples, Florida 34102.

15. In addition to the foregoing, the Individual Defendants are or may also be liable through the doctrines of contributory and vicarious liability, since they contributed to and directed the design, construction and advertising of the infringing houses and plans, and financially benefitted from the design and/or the construction of the houses.

16. Defendants constructed, designed and sold houses based on the infringing designs.

17. Defendants were involved in supervising and approving the house designs to be built and in general building and sale activities pertaining to the home.

18. Defendants had the authority and ability to supervise the construction and sale of homes based on the 777 Gulf Shore.

19. Defendants stood to benefit from the construction and sale of the houses at issue.

20. HARRELL is entitled to recover its actual damages incurred as a result of the Defendants' infringing activities, as well as any profits of the Defendant infringers.

21. In the alternative, HARRELL is entitled to recover statutory damages of up to $150,000.00 from each infringer for each act of infringement.

22.  HARRELL has employed the services of the law firm of Parrish, White & Yarnell, P.A. to prosecute this action and has agreed to pay same a reasonable fee.

WHEREFORE, Plaintiff, HARRELL & CO. ARCHITECTS - FLORIDA, INC., requests the following relief:

A.  That Defendants be required to pay to Plaintiff such damages as Plaintiff has sustained in consequence of Defendants' infringement of Plaintiff's copyright and to account for all gains, profits and advantages derived by the Defendants through their infringement of Plaintiff's copyright;

B.  That Defendants be required to pay to Plaintiff the costs of this action and reasonable attorney's fees to be allowed Plaintiff by the court; and

C.  Such other and further relief as is just.

**PLAINTIFF DEMANDS TRIAL BY JURY.**

Respectfully submitted this 25th day of October, 2016.

Jon D. Parrish, Esq.
Florida Bar No. 984329
PARRISH, WHITE & YARNELL, P.A.
3431 Pine Ridge Road, Suite 101
Naples, Florida 34109
Ph. 239/566-2013; Fax 239/566-9561
Primary Email: ply@napleslaw.us
Secondary Email: karlaschooley@napleslaw.us
Secondary Email: chrisrelli@napleslaw.us
**Attorneys for Plaintiff**